■ WAYNE MYERS, Respondent, v W. KANE WEEKS, for the Benefit of ANN S. WEEKS, et al., Appellants. (Appeal No. 1.)—Order and judgment unanimously affirmed with costs for the reasons stated in *Hogan v Weeks* ([appeal No. 1] 178 AD2d 968 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ WAYNE MYERS, Respondent, v W. KANE WEEKS, for the Benefit of ANN S. WEEKS, et al., Appellants. (Appeal No. 2.)—Order unanimously affirmed without costs for the reasons stated in *Hogan v Weeks* ([appeal No. 2] 178 AD2d 968 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ BUFFALO SEWER AUTHORITY, Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Respondents.—Order insofar as appealed from unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ostrowski, J. (Appeal from Order of Supreme Court, Erie County, Ostrowski, J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.